UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| MD HOSSAIN MORSHED | : | MAG. NO.  23mj2025(AMD) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 17th day of March 2023,

ORDERED that Anthony Thomas, Federal Public Defender (Christopher O'Malley, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter until further order of the Court.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Federal Public Defender