# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**                                          March 17, 2023

**Court Reporter:** ECR

**Title of Case:**

Case No. 23-2025(AMD)

UNITED STATES OF AMERICA

    V.

MD HOSSAIN MORSHED

**DEFENDANT PRESENT**

**Appearances:**
Eric Boden, AUSA for Government
Maggie Moy, AFPD on behalf of Christopher O'Malley, AFPD for defendant
Tish Blackwell, Pretrial Services

**Nature of Proceedings:** Initial Appearance
Defendant advised of rights, charges, and penalties
Hearing on application by defendant for appointment of counsel
Financial Affidavit executed and filed
Ordered application granted.
Ordered Christopher O'Malley, AFPD appointed as counsel for defendant
Order to be entered.
Defendant waives formal reading of the complaint
Brady Order read into the record. Order to be entered.
Hearing on joint application for release on bail
Mahin Sultan sworn for defendant
Ordered application granted
Ordered bail set in the amount of $100,000 unsecured with conditions
Order Setting Conditions of Release to be entered.
Ordered Preliminary Hearing set for March 31, 2023 at 1:30 pm
Ordered defendant released after processing.

                                                s/Susan Bush
                                                Deputy Clerk

Time Commenced: 5:46 p.m. Time Adjourned: 6:12 p.m. Total Time in Court: 26 mins.