UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Ann Marie Donio |
| v. | : | Mag. No. 23-2025 |
| MD HOSSAIN MORSHED | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric A. Boden and James H. Graham, Assistant U.S. Attorneys, appearing), and defendant MD Hossain Morshed (by Christopher O'Malley, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through April 1, 2024.

2. This Court has granted six § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7.   FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a.   Following negotiations, the parties have entered into a written plea agreement;

   b.   A plea hearing is currently scheduled for March 13, 2024, before the Honorable Renée Marie Bumb;

   c.   The defendant has consented to the aforementioned continuance;

   d.   The grant of a continuance will likely conserve judicial resources.

   e.   Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 32 days from March 1, 2024 through April 1, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. ANN MARIE DONIO
United States Magistrate Judge

Dated: February 28, 2024

Form and entry consented to:

_____
Eric A. Boden
James H. Graham
Assistant U.S. Attorneys

_____
Christopher O'Malley, Esq
Counsel for Defendant